IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JOHN WRIGHT, ET AL.

VS.                                          CIVIL ACTION NO. 2:09CV103-WAP-DAS

CITIMORTGAGE, INC., ET AL.

**ORDER**

For failure to appear at a duly noticed case management conference, the court entered an Order on October 29, 2009, which required plaintiff's counsel to pay a sanction of $250 to the Clerk and submit in writing cause why this cause should not be dismissed for failure to prosecute. The court has reviewed plaintiff's counsel's response and finds that this case should be allowed to proceed. However, it has been made apparent that one of the plaintiff's attorneys of record, Hugh Brain Henderson, is not a registered user of the court's electronic filing system and, consequently, cannot receive electronic notices transmitted for this case. To prevent any further delay of these proceedings and further inconvenience to the parties, it is

**ORDERED** that Mr. Henderson shall register with the Clerk of this court for access to the court's electronic filing system on or before November 30, 2009. Attorneys may register electronically by accessing the attorney registration site at www.msnd.uscourts.gov/ecf or, alternatively, by printing, executing and mailing or hand-delivering to the Clerk the Attorney Registration Form attached as Form 1 to the *Administrative Procedures for Electronic Case Filing* in the United States District Court for the Northern District of Mississippi. **Should counsel fail to comply with this order, he shall be barred automatically from any further participation in this matter, and the clerk shall forthwith note said termination on the record.**

This, the 19th day of November, 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE